Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of _Hawaii_

Division

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Dec 30, 2022 1:15 p.m.
John A. Mannle, Clerk of Court

Case No.     CV 22-00559 JAO-KJM

_Jason Ray Clark_

_Plaintiff(s)_

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

-v-

_Michael Ray Trisler, etal_

_Defendant(s)_

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jason Ray Clark |
| Street Address | 19580 Victorian Drive #306 |
| City and County | Parker, Douglas |
| State and Zip Code | Colorado  80138 |
| Telephone Number | 720.255.5711 |
| E-mail Address | jason @ Clarkbrothersinvestments.com |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

# UNITED STATES DISTRICT COURT

## For the District of HAWAII

Case No. _____

Jury Trial: YES

Jason Ray Clark, Claimant

-V-

Michael Ray Trisler, Brian Paul Trisler, Steven Wayne Trisler, George Ray Trisler (and aliases), Teresa A. Trisler, Ashley Rae Trisler, Gary & Susan Aliengena, Miriam L. Schaefer, Sunset Shores, Inc.; Pipeline Shores, LLC; Xander Holdings, LLC; et al.

Defendants

**Charges: FRAUD**, Fraudulent Misrepresentation and Deceit, Breach of Contract, Anticipatory Repudiation of a Contract, and Emotional Distress.

## COMPLAINT FOR A CIVIL CASE

Claimant, Jason Ray Clark, seeks damages totaling $51,756,101.

For Verbal Contract between Jason Ray Clark and Michael Ray Trisler for two-weeks for life vacation rental of Sunset Beach House at 59-066 Huelo St, Haleiwa, HI 96712; or Pipeline Beach House at 59-407 Ke Nui, Haleiwa, HI 96712; or Kawela Bay Beach House at 57-022 Pahipahialua Pl, Kahuku, HI 96731 verbally agreed to PRIOR to the initial purchase of the Sunset Beach House on 9/29/1995 by Michael Ray Trisler and Ray Trisler, et al.

Michael Ray Trisler and Jason Ray Clark made a verbal agreement for two weeks for life vacation rental in exchange for $13,000 loan made by Jason Ray Clark to Michael Ray Trisler in order to buy the property at 59-066 Huelo St, Haleiwa, HI 96712 (Sunset Beach House) on 9/29/1995. Interest agreed to on that loan would be two weeks for life vacation rental. Two subsequent properties have since been purchased by Michael Ray Trisler, Ray Trisler, Brian Trisler, Teresa Trisler, Gary & Susan Aliengena, Miriam L. Schaefer, AND/OR others, et al. All of the above properties could be held in TRUSTS, and/or Legal Names of the Defendants, and/or separate but conjoining entities which may or may not include Sunset Shores, Inc; Pipeline Shores, LLC; Xander Holdings, LLC; AND/OR others, et al. Claimant, Jason Ray Clark, has used my two-week vacation rental at the Sunset Beach House, Pipeline Beach House, and Kawela Bay Beach House more than 20+ times for more than 20+ years; never once paying a dime as agreed to by Michael Ray Trisler. After Michael Ray Trisler tried to con, steal, grift, swindle, dupe Jason Ray Clark out of $150,000 on another separate deal Michael Ray Trisler

ceased all communication with claimant Jason Ray Clark. Defendant, Michael Ray Trisler, has since paid back Jason Ray Clark the $150,000. In regards to this issue, LuiBuenos II, there are still outstanding damages incurred by claimant, Jason Ray Clark. Michael Ray Trisler is a confidence Man (con man). There are numerous additional victims of Michael Ray Trisler practices of being a con artist, swindler, grifter, and fraudster that are relevant and material to claimants' case as they show a pattern of behavior that involves FRAUD, fraudulent activities and practices, and deceitful undermining misrepresentations to commit FRAUD.

<u>s/ Jason R. Clark/ Pro Se Plaintiff</u>

Jason R. Clark

Owner & Founder

Clark Brothers Investments/CBI

19580 Victorian Drive #306

Parker, CO 80138

Telephone: (720) 255.5711

Email: jason@clarkbrothersinvestments.com

Date of Signing: Dec 25, 2022

Signature of Plaintiff: Jason R. Clark

Pro Se Plaintiff Jason R. Clark

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                             Michael Ray Trisler
Job or Title *(if known)*        Stuntman
Street Address                   57-022 Pahi Pahialua Place
City and County                  Kahuku, Honolulu
State and Zip Code               Hawaii 96731
Telephone Number                 808. 348. 0888
E-mail Address *(if known)*      tris808@gmail.com

Defendant No. 2

Name                             Brian Paul Trisler
Job or Title *(if known)*        Entrepreneur
Street Address                   258 Capricorn Drive
City and County                  Emigrant, Park
State and Zip Code               Montana 59027
Telephone Number                 406. 222. 5736
E-mail Address *(if known)*      BTrisler@hotmail.com

Defendant No. 3

Name                             Steven Wayne Trisler
Job or Title *(if known)*        US Army (Retired)
Street Address                   9565 SW 70th Loop
City and County                  Ocala, Marion
State and Zip Code               Florida. 34481
Telephone Number                 812. 603. 8557
E-mail Address *(if known)*      Steven.trisler@gmail.com

Defendant No. 4

Name                             George Ray Trisler
Job or Title *(if known)*        Retired
Street Address                   682 Monte Vista Ct.
City and County                  Greenwood, Johnson
State and Zip Code               Indiana 46143
Telephone Number                 812. 371. 6053
E-mail Address *(if known)*      unKown

Defendant No. 5

Name _Teresa A. Trisler_

Job or Title _Retired_

Street Address _9565 SW 70th Loop_

City and County _Ocala, Marion_

State and Zip Code _Florida 34481_

Telephone Number _812. 350. 0285_

E-mail address _terrytris42@gmail.com_

Defendant No. 6

Name _Ashley Rae Trisler_

Job or Title _Stunt women_

Street Address _710 Walnut Drive SW_

City and County _Marietta, Cobb_

State and Zip Code _Georgia 30064_

Telephone Number _970. 749. 8193_

E-mail address _unknown_

Defendant No. 7

Name _Gary Aliengena_

Job or Title _Stuntman_

Street Address _6041 Highway 81 Apt 81_

City and County _Loganville, Walton/Gwinnett_

State and Zip Code _Georgia 30052_

Telephone Number _770. 554. 9231_

E-mail address _CASDBLZ@aol.com_

Defendant No. 8

Name _Susan Aliengena_

Job or Title _Homemaker_

Street Address _6041 Hwy 81 Apt 81_

City and County _Loganville, Walton/Gwinnett_

State and Zip Code _Georgia 30052_

Telephone Number _435.602.9356_

E-mail address _CASDBL2@aol.com_

Defendant No. 9

Name _Miriam L. Schaefer_

Job or Title _Assistant Mike TRisler_

Street Address _59-487 Makan Road_

City and County _HaleiwA, Honolulu_

State and Zip Code _Hawaii 96712_

Telephone Number _808.227.8139_

E-mail address _unKnown_

Defendant No. 10

Name _Sunset Shores, Inc._

Job or Title _Rental Business_

Street Address _59-066 Hvelo Street_

City and County _HaleiwA, Honolulu_

State and Zip Code _Hawaii 96712_

Telephone Number _808.348.0888/808.227.8139_

E-mail address _tris808@gmail.com_

Defendant No. 11

Name _____ Pipeline Shores, LLC.

Job or Title _____ Rental Business

Street Address _____ 59-407 Ke Nui

City and County _____ Haleiwa, Honolulu

State and Zip Code _____ Hawaii 96712

Telephone Number _____ 808. 348. 0888 /808. 227. 8139

E-mail address _____ this808@gmail.com

Defendant No. 12

Name _____ Xander Holdings, LLC.

Job or Title _____ LLC Rental Business

Street Address _____ 870 South 300West

City and County _____ Heber City,

State and Zip Code _____ Utah 84032

Telephone Number _____ 808. 227. 8139 /808. 348. 0888

E-mail address _____ this808@gmail.com

Defendant No. 13

Name _____

Job or Title _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail address _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* ___Jason Ray Clark___ , is a citizen of the State of *(name)* ___Colorado___ .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* ___N/A___ , is incorporated under the laws of the State of *(name)* _____

   and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* ___Michael Ray Trisler___ , is a citizen of the State of *(name)* ___Hawaii___ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* Sunset Shores, Inc. , is incorporated under
the laws of the State of *(name)* Hawaii , and has its
principal place of business in the State of *(name)* Hawaii .
Or is incorporated under the laws of *(foreign nation)* ,
and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)* SEE attached.

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at
stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$51,756,101.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE attached.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal
arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

$51,756,101.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/25/2022

Signature of Plaintiff    *Jason R. Clark*

Printed Name of Plaintiff    *Jason Ray Clark*

### B.    **For Attorneys**

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____