CLAIRE WONG BLACK      9645
LAURA P. MORITZ       7860

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, Hawaiʻi  96813-3689
Telephone:  (808) 524-1800
Facsimile: (808) 524-4591
E-Mail:  claire.black@dentons.com
          laura.moritz@dentons.com

Attorneys for Defendant/Counterclaimant
MICHAEL RAY TRISLER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| JASON RAY CLARK,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>MICHAEL RAY TRISLER,<br><br>    Defendant/Counterclaimant. | Case No. 22-cv-00559-JAO-KJM<br><br>**DEFENDANT/ COUNTERCLAIMANT MICHAEL RAY TRISLER'S CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;** DECLARATION OF LAURA P. MORITZ; DECLARATION OF MICHAEL R. TRISLER; DECLARATION OF HOMER BUSTER ALTINE III; EXHIBITS "A" – "C"; CERTIFICATE OF WORD COUNT<br><br>Judge:      Hon. Jill A. Otake<br>Trial Date: January 21, 2025 |
|---|---|

# DEFENDANT/COUNTERCLAIMANT MICHAEL RAY TRISLER'S CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant and Counterclaimant Michael Ray Trisler ("**Mr. Trisler**"), through his attorneys, Dentons US LLP, submits this Separate Concise Statement of Facts in support of his concurrently-filed Motion for Summary Judgment.

|    | **Material Fact** | **Citation** |
|----|-------------------|--------------|
| 1. | In or around September 2021, Counterclaim Defendant Jason Ray Clark ("Clark") began sending letters to organizations associated with Mr. Trisler's professional work, local (Hawai`i) businesses associations, and Mr. Trisler's family, friends, acquaintances. | Moritz Decl., ¶¶ 1 – 2, Moritz Decl., Ex. A (Requests, deemed admitted); *id.*, Ex. A at Exhibits 1 (Clark's letter) and 2 (list of recipients of Clark's letter). |
| 2. | Mr. Trisler repaid the Luibuenos loan to Clark in increments in July, August, and September 2018. | Trisler Decl., ¶ 7. |
| 3. | Mr. Trisler ultimately paid Clark additional money in connection with the Luibuenos loan, not because he believed he owed Clark the additional money, but in hopes of avoiding further contact with Clark. | Trisler Decl., ¶ 9. |
| 4. | Even after Mr. Trisler repaid the loan and paid additional amounts, Clark continued to send the same letters stating that Mr. Trisler is a liar, swindler, deadbeat, fraudster, and con man, defining deadbeat as one who doesn't pay debts. | Declaration of Homer Buster Altine III, ¶ 2. |

DATED: Honolulu, Hawaiʻi, August 26, 2024.

        /s/ Laura P. Moritz  
CLAIRE WONG BLACK  
LAURA P. MORITZ

*Attorneys for Defendant/Counterclaimant Michael Ray Trisler*