Case 1:22-cv-00559-JAO-KJM   Document 162   Filed 12/27/24   Page 1 of 1
                              PageID.1137
AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JASON RAY CLARK, | JUDGMENT IN A CIVIL CASE |
| Plaintiff/Counterclaim Defendant, | Case: CV 22-00559 JAO-KJM |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| MICHAEL RAY TRISLER, | December 27, 2024 |
| Defendant/Counterclaimant. | At 2 o'clock and 15 min p.m.<br>LUCY H. CARRILLO, CLERK |

[ ]   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

On December 27, 2024, the Court issued its Order, ECF 161 "Order Granting Defendant/Counterclaimant's Motion to Voluntarily Dismiss Counterclaim (ECF No. 158)," (December 27, 2024 Order).

IT IS ORDERED AND ADJUDGED that the Court GRANTS Trisler's Motion to Voluntarily Dismiss Counterclaims without Prejudice. Judgment is entered pursuant to and in accordance with the December 27, 2024 Order, and the "Order Granting Defendant/Counterclaimant Michael Ray Trisler's Motion for Summary Judgment (ECF No. 88)," ECF No. 98 filed on June 14, 2024. There being no further claims in this action, the Court directs the Clerk to enter judgment and close this case.

| | |
|---|---|
| December 27, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /S/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |