IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON RAY CLARK, | ) | 1:22-CV-00559-JAO-KJM |
| Plaintiff/Counterclaim Defendant, | ) ) ) | |
| vs. | ) ) | |
| MICHAEL RAY TRISLER, | ) ) | |
| Defendant/Counterclaimant. | ) ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 4, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "FINDINGS AND RECOMMENDATIONS TO GRANT IN PART AND DENY IN PART DEFENDANT/COUNTERCLAIMANT MICHAEL RAY TRISLER'S MOTION FOR ATTORNEYS' FEES," ECF No. 169, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, April 23, 2025



Jill A. Otake
United States District Judge